IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRVING COURTLEY JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | No. 12-CV-4104 |

## **ORDER**

AND NOW, this 27th day of November, 2013, IT IS HEREBY ORDERED that the defendant's motion to dismiss the amended complaint (Doc. # 11) is GRANTED. The amended complaint is DISMISSED with prejudice.

BY THE COURT:

 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.